UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD LAPORTO | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:10-cv-00381(JCH) |
| | : | |
| v. | : | |
| | : | |
| REGENT ASSET MGMT SOLUTIONS, | : | AUGUST 24, 2010 |
| ET AL, | : | |
|     Defendants. | : | |

### ORDER TO SHOW CAUSE

Plaintiff, RONALD LAPORTO, is hereby ORDERED TO SHOW CAUSE why the court should not dismiss this case for failure to prosecute and failure to file motion for default for failure to appear. Plaintiff should file a response by **SEPTEMBER 14, 2010.** Failure to respond by said date will result in the dismissal of this case.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 24th day of August, 2010.

    /s/ Janet C. Hall
Janet C. Hall
United States District Judge