**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Ronald LaPorto,<br><br>    Plaintiff,<br><br> v.<br><br>Regent Asset Management Solutions, N.A.;<br>and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.:  10-cv-00381 (JCH) |

**NOTICEOF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)(1)(A)(i)</u>**

  Ronald Laporto ("Plaintiff"), by and through his undersigned counsel, hereby withdraws his complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 9, 2010

                  /s/ Sergei Lemberg
                 Sergei Lemberg, Esq.
                 Lemberg and Associates
                 1100 Summer Street, 3rd Floor
                 Stamford, CT 06905
                 Tel.203.653.2250.ext.105
                 Fax.203.653.3424
                 staylor@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                                                                        /s/ Sergei Lemberg  
                                                                                                         Sergei Lemberg, Esq.